# Order

Michigan Supreme Court
Lansing, Michigan

June 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144651 & (109)

WALGREEN COMPANY,
     Plaintiff/Counter-Defendant-Appellant,

v

RDC ENTERPRISES. L.L.C.,
     Defendant/Counter-Plaintiff/Cross-
     Plaintiff/Cross-Defendant-Appellee,

and

CINCINNATI INSURANCE COMPANY,
     Defendant/Counter-Plaintiff/Cross-
     Defendant-Appellee,

and

HARLEYSVILLE LAKE STATES INS. CO.,
     Defendant/Counter-Plaintiff/
     Cross-Plaintiff-Appellee,

and

ICON IDENTITY SOLUTIONS, INC., and
LINDHOUT ASSOCIATES ARCHITECTS, A.I.A., P.C.,
     Defendants/Cross-Defendant-
     Appellees,

and

J. G. MORRIS, L.L.C., d/b/a  J. G. MORRIS COMPANY
     Defendant/Counter-Plaintiff/Cross Plaintiff/
     Cross-Defendant/Third-Party Plaintiff-Appellee,

and

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and ST. PAUL TRAVELERS,
     Defendants-Appellees,

and

TRC SERVICES,
     Defendant/Cross-Defendant,

and

PROVIDENCE STEEL & SUPPLY, INC.,
     Third-Party Defendant.

_____

SC:    143651
CoA:  293608
Livingston CC: 07-023023-CK

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2012

_____
Clerk